IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WE THE PEOPLE | : | MISCELLANEOUS |
| | : | |
| v. | : | |
| | : | |
| THE SHERIFF DEPARTMENT et al. | : | NO. 02-169 |

## O R D E R

AND NOW, this 11th day of June, 2007, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the late Honorable Clifford Scott Green to the calendar of the Honorable Gene E.K. Pratter.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:

*s / Michael E. Kunz*
MICHAEL E. KUNZ
Clerk of Court